## 22358. BASS *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of stealing an automobile. The evidence connecting him with the offense, while wholly circumstantial, was sufficient to exclude every *reasonable* hypothesis except that of his guilt, and the court did not err in overruling his motion for a new trial, based on the usual general grounds only.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 15, 1932.

*E. L. Stephens,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.